UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAY SISK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:19-CV-00864 |
| v. ) | |
| ) | |
| SPIRIT MASTER FUNDING, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 5th day of August, 2020.

| /s/ Courtney Williams (with permission) | /s/ J. Luke Sanderson |
|---|---|
| **Courtney Williams** | Attorney for Plaintiff |
| Attorney for Defendant | 44 N 2nd Street, Ste 502 |
| **3401 Mallory Lane, Ste 120** | Memphis, TN 38103 |
| Franklin, TN 37067 | Telephone: (901) 523-1844 |
| ccwilliams@grsm.com | luke@wcwslaw.com |