UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MAY SISK, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:19-cv-00864 |
| SPIRIT MASTER FUNDING, LLC, | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 35). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE